Case 3:26-mj-00026-CLB    Document 1    Filed 03/05/26    Page 1 of 6
Case 1:24-cr-00077-SDN    Document 13 *SEALED*    Filed 12/04/25    Page 1 of 2
PageID #: 40

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
District of Maine

| United States of America | ) |
| --- | --- |
| v. | ) |
| | ) Case No. 1:24-cr-00077-SDN-1 |
| | ) 3:26-mj-00026-CLB |
| JUSTIN ANDREW HALL | ) |
| Defendant | ) |

FILED ✓    RECEIVED ___
ENTERED ___    SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAR 05 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JUSTIN ANDREW HALL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violation of Condition(s) of Supervised Release; 18:3606

Date:    12/04/2025

_____
Judge's signature

City and state:    Bangor, Maine        John C Nivison U S Magistrate Judge
                                        Printed name and title

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

Case 3:26-mj-00026-CLB    Document 1    Filed 03/05/26    Page 2 of 6
Case 1:24-cr-00077-SDN    Document 13 *SEALED*    Filed 12/04/25    Page 2 of 2
PageID #: 41

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

[Print]  [Save As...]  [Reset]

Case 3:26-mj-00026-CLB   Document 1   Filed 03/05/26   Page 3 of 6
Case 1:24-cr-00077-SDN   Document 11 *SEALED*   Filed 12/04/25   Page 1 of 4
PageID #: 35

3:26-mj-00026-CLB

Prob 12C
(6/19)

# UNITED STATES DISTRICT COURT
for the District of Maine
## Petition for Warrant or Summons for Offender under Supervision

---

**Name of Offender:** Justin Andrew Hall  **Case Number:** 0100 1:24CR00077

**Sentencing Judicial Officer:** Honorable Lawerence J. Vilardo, U.S. District Judge, Western District of New York

**Assigned Judicial Officer:** Honorable Stacey D. Neumann, U.S. District Judge

**Date of Original Sentence:** May 29, 2024

**Original Offense:** Docket number 1:22-cr-00086-001: Prohibited Person in Possession of Firearms, 18 U.S.C. §§ 922(g)(9), 924(a)(2); Docket number 1:24-cr-00031-001: Prohibited Person in Possession, 18 U.S.C. §§ 922(g)(9), 924(a)(2)

**Original Sentence:** Time served on each count to run concurrent; 36 Months Supervised Release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** May 29, 2024

| **Assistant U.S. Attorney:** | **Defense Attorney:** |
|---|---|
| Joel Casey | TBD |

---

## PETITIONING THE COURT

☒ To issue a warrant/matter to be sealed pending arrest or until detainer is lodged.
☐ To issue a warrant/matter to be sealed pending arrest. Attachment to remain sealed after arrest.
☐ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| One | **Violation of Standard Condition No. 3: You must not knowingly leave the federal judicial district where you are authorized to reside without getting permission from the court or probation officer.**<br><br>On **December 4, 2025**, the undersigned officer spoke with Hall and attempted to schedule a community contact. Hall informed the undersigned officer he was no longer residing in the State of Maine. |

Case 3:26-mj-00026-CLB     Document 1     Filed 03/05/26     Page 4 of 6
Case 1:24-cr-00077-SDN     Document 11 *SEALED*     Filed 12/04/25     Page 2 of 4
PageID #: 36

Prob 12C  
(6/19)

Petition for Warrant or Summons  
for Offender Under Supervision

| | | |
|---|---|---|
| | | Hall refused to disclose his current whereabouts and his location is unknown. |
| | Two | **Violation of Standard Condition No. 6:** **You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.** <br><br> On **November 7, 2025**, the undersigned officer contacted Hall via text message regarding scheduling a community contact. Hall responded stating that he is currently working on a lobster boat this week and would not be available until the last week of November. <br><br> On **November 10, 2025**, the undersigned officer contacted Hall via text message asking when he would be available to meet. Hall failed to respond. <br><br> On **November 13, 2025**, the undersigned officer contacted Hall via text message asking Hall to inform this officer know when Hall would be available. Hall failed to respond. <br><br> On **November 24, 2025**, the undersigned officer contacted Hall via text message informing him he needed to make himself available for a community contact today or November 26, 2025, or Court action may occur. Hall responded stating he would be available to meet on December 5, 2025. |

**U.S. Probation Officer Recommendation:**

☐ The term of supervision should be:

    ☒ revoked.

    ☐ extended for {years} for a total of {years} years.

☐ the conditions of supervision should be modified as follows:

    I declare under penalty of perjury the foregoing is true and correct.

    Executed on: December 4, 2025

    Respectfully Submitted,

    *Brandon Maillet*

    Brandon Maillet  
    U.S. Probation Officer

Case 3:26-mj-00026-CLB   Document 1   Filed 03/05/26   Page 5 of 6
Case 1:24-cr-00077-SDN   Document 11 *SEALED*   Filed 12/04/25   Page 3 of 4
PageID #: 37

Prob 12C  
(6/19)

Petition for Warrant or Summons  
for Offender Under Supervision

Reviewed:

*[signature: Ashley Hadam]*

Ashley Hadam  
Supervisory U.S. Probation Officer  
12/4/2025

Case 3:26-mj-00026-CLB   Document 1   Filed 03/05/26   Page 6 of 6
Case 1:24-cr-00077-SDN   Document 11 *SEALED*   Filed 12/04/25   Page 4 of 4
PageID #: 38

Prob 12C  
(6/19)

Petition for Warrant or Summons  
for Offender Under Supervision

# SUPERVISED RELEASE VIOLATION COVER SHEET

**Name:** Justin Andrew Hall

**Y/O/B:**   1981

**Offense(s) of Conviction and Classification:** <u>Docket number 1:22-cr-00086-001</u>: Prohibited Person in Possession of Firearms, a Class C felony; <u>Docket number 1:24-cr-00031-001</u>: Prohibited Person in Possession, a Class C felony

**Original Sentence**: Time served on each count to run concurrent; 36 Months Supervised Release

**Date Imposed**: May 29, 2024

**Available Penalties for Current Violation (with statutory reference)**: <u>Docket No. 1:22CR00086:</u> up to 24 months imprisonment; <u>Docket No. 1:24CR00031: up to 24 months imprisonment, 18 U.S.C. § 3583(e)</u>

**Additional Period of Release:** <u>Docket No. 1:22CR00086:</u> not more than 3 years, less any term of imprisonment imposed upon revocation of supervised release; <u>Docket No. 1:24CR00031:</u> not more than three years, less any term of imprisonment imposed upon revocation of supervised release, 18 U.S.C. § 3583(h)

Supervising U.S. Probation Officer  
Brandon Maillet